**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 96-6213

LYDIA KAY ONISHEA; RENEE BROWN; CARRIE WHITE;
ARTHUR HOWARD; ARION DAVIS, et al.,

Plaintiffs-Appellants,

versus

JOE S. HOPPER, Commissioner of the Alabama
Department of Corrections; SHIRLIE LOBMILLER,
Warden of the Julia Tutwiler Prison for Women;
STEVE DEES, Warden of the Limestone Correctional
Facility; LYNN HARRELSON, Warden of the Kilby
Prison; CORRECTIONAL HEALTH CARE, INC., Health
care provider of the Alabama Department of Corrections,
et al.,

Defendants-Appellees,

STEWART M. HUGHEY; ADAM LAMAR ROBINSON;
CHUCK STOUDEMIRE,

Intervening Defendants-
Appellees.

---------------------------
Appeal from the United States District Court for the
Middle District of Alabama
---------------------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion November 4, 1997, 11th Cir., ___F.3rd___)

(January 23, 1998)

Before HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

---

*Senior U. S. Circuit Judge Phyllis A. Kravitch has elected to not participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).